AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| BATON ROUGE TOTAL CARE CENTER, A LOUISIANA LIMITED PARTNERSHIP <br><br> *Plaintiff(s)* <br> v. <br> REGENCY 14333, LLC, REGENCY 14333 TENANT, LLC, MASTER TENANT, LLC, ALBERT SCHWARTZBERG AND HARRIS SCHWARTZBERG <br> *Defendant(s)* | Civil Action No. 3:14-CV-168-JJB -SCR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Albert Schwartzberg
16 Meadow Road
Scarsdale, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALBERT SCHWARTZBERG
was received by me on *(date)* JULY 29, 2014

☑ I personally served the summons on the individual at *(place)* 16 MEADOW ROAD
SCARSDALE, NY 10583 on *(date)* 8/1/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/1/14

*Server's signature*

ADRIAN DE CARLO
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: