UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BATON ROUGE TOTAL CARE CENTER,
A LOUISIANA LIMITED PARTNERSHIP

VERSUS

REGENCY 14333, LLC, ET AL

CIVIL ACTION

NUMBER 14-168-JJB-SCR

**STATUS CONFERENCE REPORT**

At the request of counsel, a telephone status conference was held on August 5, 2014.

    PRESENT    R. Loren Kleinpeter
                    Attorney for plaintiff

                    Jonathan C. Benda
                    Betty B. Uzee
                    Attorneys for defendants
                        Regency 14333, LLC,
                        Regency 14333 Tenant, LLC, and
                        Master Tenant, LLC

Counsel discussed whether the time for responding to discovery requests, or all or any of the discovery deadlines in the Scheduling Order, should be suspended or extended due to the bankruptcy petition filed by defendant Regency 14333 Tenant, LLC.

Counsel and the court assumed that an automatic stay order was issued by the bankruptcy court, but neither counsel nor the court has seen it and it has not been filed in the record.[1]  Therefore,

---

[1] See record document number 8, Unopposed Motion for Extension of Time to Seek Leave to Assert Counterclaim and Respond to Discovery.

C-38a;T-:19

the court could only assume that such order would apply to defendant Regency 14333 Tenant, LLC, and would only stay proceedings against it.  There being no other basis to stay discovery, or suspend or extend any Scheduling Order deadline as to the other defendants, the court declined to do so.[2]

Counsel for the plaintiff advised that defendants Albert Schwartzberg and Harris Schwartzberg were recently served, and that he will file a response to the Order to Show Cause.

Baton Rouge, Louisiana, August 5, 2014.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Rule 16, Fed.R.Civ.P., requires a showing of good cause to modify a scheduling order deadline.